## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| | * | |
| **JOAN MALDONADO ORTA** | * | **CASE NO. 14-07820 ESL** |
| **HECTOR L SANCHEZ COLON** | * | |
| Debtor(s) | * | **CHAPTER 13** |

## NOTICE OF AMENDMENT OF PAYMENT PLAN

### TO THE HONORABLE COURT:

**COME NOW** debtors through their legal representation and very respectfully states as follows:

1.  That debtors filed for relief under Chapter 13 of the Bankruptcy Code on September 26, 2014.

2.  Debtors are amending Chapter 13 Plan to correct base and provide for secured claims.

3.  Attached to this notice, debtor respectfully submit amended payment plan.


**RESPECTFULLY SUBMITTED**.


**I HEREBY CERTIFY:** on this same date, I have filed this motion electronically with the Clerk of the Court using CM/ECF systems, which will send notification of such to the Chapter 13 Trustee, and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 17th day of October of 2014.

**/s/ Adela L Torruella**
**ADELA L. TORRUELLA**
**ATTORNEYFOR**
**DEBTOR**
**USDC-PR-200203**
**P O BOX 4040 Suite 305**
**Juncos, PR 00777**
**Tel: 787-713-1892**
**Fax: 787-561-3601**

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                         Case No. _____

**MALDONADO ORTA, JOAN & SANCHEZ COLON, HECTOR L**        Chapter **13** _____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **10/17/2014**
☐ PRE ☐ POST-CONFIRMATION                    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ _____ 915.00 x _____ 12 = $ _____ 10,980.00
$ _____ 1,100.00 x _____ 48 = $ _____ 52,800.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ _____ 63,780.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ _____ 63,780.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ _____ **2,810.00**

Signed: **/s/ JOAN MALDONADO ORTA** _____
Debtor

**/s/ HECTOR L SANCHEZ COLON** _____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK** _____ Cr. _____ Cr. _____
# **0014273522** _____ # _____ # _____
$ _____ **660.00** $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. **RELIABLE FINANCIA** Cr. _____
# **607-849738** # **D24-862841** # _____
$ _____ **34,638.90** $ _____ **16,832.00** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
TRUSTEE WILL PAY ATTORNEYS FEES FIRST AFTER THE CONFIRMATION OF PLAN.

TRUSTEE WILL PAY RELIABLE FINANCIAL 300.00 AS ADEQUATE PROTECTION UNTIL THE CONFIRMATION OF PLAN.

DEBTORS WILL PROVIDE INSURANCE THROUGH EASTERN INSURANCE.

DEBTORS SURRENDER SHARES TO COOP A/C VALENCIANO AND COOP ORIENTAL.

DEBTOR WILL CONTINUE WITH DIRECT PAYMENTS TO DSO.

Attorney for Debtor **Adela L. Torruella** _____  Phone: **(787) 713-1892** _____

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MALDONADO ORTA, JOAN
PO BOX 1955
JUNCOS, PR  00777

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

SANCHEZ COLON, HECTOR L
PO BOX 1955
JUNCOS, PR  00777

JC PENNEY
GECRB
PO BOX 965060
ORLANDO, FL  32896-5060

Adela L. Torruella
PO BOX 4040 SUITE 305
JUNCOS, PR  00777

NILSA E POMALES MARTINEZ
URB MARIOLGA CALLE SAN FRANCISCO
D19
CAGUAS, PR  00725

ASUME
PO BOX 71316
SAN JUAN, PR  00936-8416

RELIABLE FINANCIAL
PO BOX 21382
SAN JUAN, PR  00928-1382

CLARO
PO BOX 70366
SAN JUAN, PR  00936

SAMS CLUB
GECRB
PO BOX 965060
ORLANDO, FL  32896-5060

COOP A/C VALENCIANO
APARTADO 1510
JUNCOS, PR  00777

SCOTIABANK
PO BOX 362230
SAN JUAN, PR  00936

COOP ORIENTAL
PO BOX 876
HUMACAO, PR  00792-0876

TOYS R US
CREDIT CARD/ GECRB
PO BOX 530939
ATLANTA, GA  30353-0939

DEPARTMENT OF TREASURY
PO BOX 9024140
SAN JUAN, PR  00902-4140

WALMART
PO BOX 965060
ORLANDO, FL  32896-5060

GE CAPITAL RETAIL BANK
PO BOX 103104
ROSWELL, GA  30076

GE MONEY
1600 SUMMER STREET FIFTH FLOOR
STAMFORD, CT  45420-1469